| Date | Pleading Number | |
|---|---|---|
| 1/6/76 | 1. | MOTION & SUPPORTING BRIEF -- DEF. MOSTEK CORP. -- with certificate of service on all parties and clerks of court.<br>REQUESTED TRANSFEREE FORUM: District of Delaware<br>REQUESTED TRANSFEREE JUDGE: Hon. Walter K. Stapleton |
| 1/16/76 | 2 | MOTION -- SUPPORTING BRIEF -- UNITED STATES OF AMERICA w/cert. of service A-1 through B-1<br>REQUESTED TRANSFEREE DISTRICT -- NONE -- SINGLE DISTRICT |
| 1/19/76 | | APPEARANCES -- A. E. Fey for Western Electric Co., Inc. (also J. K. Delay designating A. E. Fey for Western Electric Co.)<br>M. D. Sampels for Mostek Corp.<br>P. G. Pennoyer for Rockwell Inter'l Corp.<br>A. G. Connolly for Teledyne, Inc. and Intersil, Inc.<br>A. S. Keyser for Solid State Scientific, Inc.<br>R. S. Borovoy for Intel Corp.<br>T. R. Scott for Stewart-Warner Corp. (also E. Hunton IV & A. G. Douvas designating T. R. Scott for Stewart) |
| 1/19/76 | | REQUEST FOR EXTENSION -- WESTERN ELECTRIC CO. -- GRANTED to 1/23/76 |
| 1/19/76 | 3 | RESPONSE -- STEWART-WARNER'S JOINDER in MOSTEK's MOTION w/cert. of service |
| 1/21/76 | | REQUEST FOR EXTENSION TO FILE -- ROCKWELL-- GRANTED TO 1/23/76 |
| 1/21/76 | 4 | RESPONSE -- TELEDYNE, INC. AND INTERSIL, INC. w/cert of service |
| 1/26/76 | | APPEARANCE -- Barry Estrin for United States of America |
| 1/23/76 | 5 | RESPONSE -- ROCKWELL INTERNATIONAL CORP. w/cert. of service |
| 1/23/76 | 6 | RESPONSE -- WESTERN ELECTRIC CO. w/cert. of service |
| 1/30/76 | | HEARING ORDER -- Setting A-1 through B-1 FOR HEARING -- San Diego California, February 27, 1976 |
| 1/29/76 | | APPEARANCE -- Donald R. Greene, Esquire for Harris Corp. |
| | | [redacted] |
| 2/2/76 | | APPEARANCE -- Harry I. Jacobs, For TRW INC. |
| 1/29/76 | | LETTER FROM JUDGE WISDOM TO JUDGE COWEN inviting Court of Claims views on the consideration for §1407 transfer for B-1 |
| 2/2/76 | 7 | RESPONSE TO U.S.A. MOTION -- Stewart Warner w/cert. of service |
| 2/2/76 | 8 | RESPONSE TO U.S.A. MOTION -- Rockwell International Corp. w/cert of ser. |
| 2/2/76 | 9 | RESPONSE TO U.S.A. MOTION -- Western Electric Corp. w/cert. of service |
| 2/5/76 | 10 | REPLY BRIEF -- MOSTEK CORP. w/cert. of service |
| 2/5/76 | 11 | LETTER RESPONSE -- U.S. COURT OF CLAIMS |
| 2/10/76 | | REQUEST FOR EXTENSION TO FILE REPLY BRIEF -- U.S.A. GRANTED to 2/10/76 |
| 2/10/76 | 12 | REPLY BRIEF -- UNITED STATES OF AMERICA w/cert.of service |
| 2/23/76 | | WAIVER OF ORAL ARGUMENT (2/27/76 HEARING) U.S.A. |
| 5/13/76 | | CONSENT OF TRANSFEREE COURT -- for Judge D. Dortch Warriner to handle litigation in the E.D. Virginia under 28 U.S.C. §1407 |
| 5/13/76 | | OPINION AND ORDER -- Transferring A-1, A-3, A-4, A-5, A-6 & A-7 to the Eastern District of Virginia for assignement to JUDGE D. DORTCH WARRINER under 28 U.S.C. §1407 |
| 8/12/76 | | WESTERN ELECTRIC CO. V. FRONTIER ENG., [illegible]<br>C.D. Calif., CV76-2122-IH<br>Western Electric v. Advanced Memory, D. Dela, 76-214<br>Western Electric Co., Inc. v. Micro Power Systems, Inc., N.D. Cal, C76-1381-WHO<br>Western Electric Co. v. Microwave Semiconductor, D. N.J., 76-1303<br>SHOW CAUSE ORDER FILED TODAY. Notified counsel, involved judges |

| Pleading Number | | |
|---|---|---|
| 8/26/76 | (13) | RESPONSE (SCO) -- ADVANCE MEMORY SYSTEMS w exhibits & cert of service |
| 8/26/76 | (14) | RESPONSE (SCO) -- FRONTIER, INC. w/cert. of service |
| 8/30/76 | (15) | RESPONSE (SCO) -- MICROWAVE SEMICONDUCTOR CORP. w/cert. of service |
| 8/30/76 | (16) | RESPONSE (SCO) -- MICRO POWER SYSTEMS, INC. w/cert. of service |
| 9/1/76 | | HEARING ORDER -- Setting C-1 through C-4 for hearing, Oct. 1, 1976 SanFrancisco, Calif. |
| 9/7/76 | (17) | REPLY -- WESTERN ELECTRIC CO. w/cert. of service |
| 9/30/76 | (18) | RESPONSE (SCO) -- ADVANCED MEMORY SYSTEMS |
| 8/25/77 | | OPINION AND ORDER -- VACATING SCO -- Western Electric Co., Inc. v. Advanced Memory Systems, Inc., D. Delaware, C.A. No. 76-214 DENYING TRANSFER OF ABOVE ACTION (C-2) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. 3

DOCKET NO. 244 -- IN RE WESTERN ELECTRIC CO., INC. SEMICONDUCTOR PATENT LITIGATION

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| ~~11/6/78~~ | | ~~ORDER SUGGESTING REMAND    by Judge Warriner of E.Va.(cds)~~ |
| 11/6/78 | | ORDER by Judge Warriner SUGGESTING REMAND OF (A-4) (cds) |
| 11/6/78 | | CONDTIONAL REMAND ORDER FILED TODAY -- (A-4) Western Electric Co., Inc. v. Intersil, Inc., E.D.Va. C.A. No. 76-0212-R (D.Delaware, C.A. No. 75-307) -- NOTIFIED INVOLVED COUNSEL AND JUDGE (cds) |
| 11/22/78 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (A-4) Western v. Intersil, E.D.Va.,#76-0212-R (D.Del., #75-307) -- Notified involved judge and clerks (cds) |

Aug 25, 1977 - 436 F Supp 404

### Description of Litigation

IN RE WESTERN ELECTRIC CO., INC. SEMICONDUCTOR PATENT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 2/27/76
Date(s) of Opinion(s) or Order(s) 5/13/76
Consolidation Ordered  xx             Name of Transferee Judge  D. DORTCH WARRINER
Consolidation Denied  ___              Transferee District  EASTERN DISTRICT OF VIRGINIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Western Electric Co., Inc. v. Mostek Corp. | N.D.Tex. Taylor | 3-75-1142-C | 5/13/76 | 76-0214-R | 12/21/76 | |
| A-2 | Western Electric Co., Inc. v. Rockwell International Corp. | N.D.Tex. Taylor | 3-74-444-D | DENIED | | | |
| A-3 | Western Electric Co., Inc. v. Teledyne, Inc. | Dela. Stapleton | 75-307 | 5/13/76 | 76-0211R | Closed | |
| A-4 | Western Electric Co., Inc. v. Intersil, Inc. CRO-11/6/78 | Dela. Stapleton | 75-308 | 5/13/76 | 76-0212R | 4/22/78 6/5/79 | |
| A-5 | Western Electric Co., Inc. v. Solid State Scientific, Inc. | Dela. Stapleton | 75-309 | 5/13/76 | 76-0213R | 10/4/76 | |
| A-6 | Western Electric Co., Inc. v. Intel Corp. | N.D.Cal. Peckham | C-75-1966-RFP | 5/13/76 | 76-0216R | 9/17/76 | |
| A-7 | Western Electric Co., Inc. v. Stewart-Warner Corp. | E.D.Va. Warriner | 75-0468-R | NT | | 12/11/78 | |
| B-1 | Western Electric Co., Inc. v. The United States of America, et al. and Stewart-Warner Corp., TRW Inc., and Harris Corp. | U.S. Ct. of Claims Browne | 211-75 | DENIED | | | |

DOCKET NO. 244  (CONTINUED)     PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Western Electric Co., Inc. v. Frontier, Inc. | C.D.Cal | CV76-2122-IH | | | 1/31/77 | |
| C-2 | Western Electric Co., Inc. v. Advanced Memory Systems, Inc. | D. Dela. | 76-214 | N/T | | | |
| C-3 | Western Electric Co., Inc. v. Micro Power Systems, Inc. | N.D.Cal | C76-1381-WHO | | | 4/26/77 | |
| C-4 | Western Electric Co., Inc. v. Microwave Semiconductor Corp. | D. N.J. | 76-1303 | | | 2/10/77 | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 244 -- IN RE WESTERN ELECTRIC CO., INC.

SEMICONDUCTOR PATENT LITIGATION

---

*plaintiffs*

**WESTERN ELECTRIC CO., INC.**
Albert E. Fey, Esquire
Fish & Neave
277 Park Avenue
New York, New York  10017

**MOSTEK CORPORATION**
M. D. Sampels, Esquire
Worsham, Forsythe & Sampels
2500 / 2001 Bryan Tower
Dallas, Texas  75201

**ROCKWELL INTERNATIONAL CORP.**
Paul G. Pennoyer, Jr., Esquire
Chadbourne, Parke, Whiteside & Wolff
30 Rockefeller Palza
New York, New York  10020

**TELEDYNE, INC.**
**INTERSIL, INC.**
Arthur G. Connolly, Esquire
✓ Connolly, Bove & Lodge
Farmers Bank Building
Wilmington, Delaware  19899

**SOLID STATE SCIENTIFIC, INC.**
Arthur S. Keyser, Esquire
1808 Fidelity Building
123 South Broad Street
Philadelphia, Pennsylvania  19109

**INTEL CORP.**
Roger S. Borovoy, Esquire
Intel Corporation
3065 Bowers Avenue
Santa Clara, California  95051

**STEWART-WARNER CORPORATION**
Theodore R. Scott, Esquire
✓ McDougall, Hersh & Scott
135 South LaSalle Street
Chicago, Illinois  60603

**UNITED STATES OF AMERICA**
Barry Estrin, Esquire
Department of Justice
Civil Division, Patent Section
Washington, D.C. 20530

**HARRIS CORPORATION**
Donald R. Greene, Esquire
Harris Corporation
Harris Semiconductor Division
P.O. Box 883
Melbourne, Flroida  32901

**TRW INC.**
Harry I. Jacobs, Esquire
10880 Wilshire Boulevard
Suite 1700
Los Angeles, Calif.  90024

* *all defs*
Thomas G. Slater, Esq.
Hunton & Williams
P.O. Box 1535
Richmond, Virginia  23212

---

*appointed J. Wisdom's PT Order — June 22, 1976*

p. _____

| ~~Plaintiff~~ | Defendant |
|---|---|
| FRONTIER, INC.<br>~~Don W. Martens, Esquire~~<br>~~Knobbe, Martens, Olson,~~<br>~~  Hubbard & Bear~~<br>~~Suite 1013 North Tower~~<br>~~Union Bank Square~~<br>~~500 South Main Street~~<br>~~Orange, California  92668~~<br><br>ADVANCED MEMORY SYSTEMS, INC.<br>~~W. Robert Spensley, Esquire~~<br>~~Spensley, Horn, Jubas & Lubitz~~<br>~~Suite 500~~<br>~~1880 Century Park East~~<br>~~Los Angeles, California  90067~~<br><br>MICRO POWER SYSTEMS, INC.<br>~~Aldo J. Test, Esquire~~<br>~~Flaehr, Hohbach, Test~~<br>~~  Abritton & Herbert~~<br>~~160 Sansome Street~~<br>~~San Francisco, Calif.  94104~~<br><br>MICROWAVE SEMICONDUCTOR CORP.<br>~~Keith E. Mullenger, Esquire~~<br>~~Tennier & Edmonds~~<br>~~330 Madison Avenue~~<br>~~New York, New York  10017~~<br><br>~~LEAD DEFENDANTS COUNSEL (TRIAL)~~<br>~~James G. Hunter, Jr., Esquire~~  *Vacated*<br>~~Hedlund, Hunter & Lynch~~<br>~~Sears Tower~~<br>~~Suite 7820~~<br>~~Chicago, Illinois  60606~~ | |

p. _____